UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COMPLAINT FORM

FILED
2015 SEP -1  P 12:58
US DISTRICT COURT
HARTFORD CT

AUDREY THOMAS MELVILLE
Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. 3:15cv1309 (AWT)
(To be supplied by the Court)

v.

OFFICE OF THE INSPECTOR GENERAL
UNITED STATES POSTAL SERVICE
1735 LYN ST.
Arlington, VA 22209-2020

Full names of Defendant(s)
(Do not use *et al.*)

A. PARTIES

1. AUDREY THOMAS MELVILLE is a citizen of CONNECTICUT who
   (Plaintiff)                                    (State)
presently resides at 10 PASTURE LANE, BLOOMFIELD CT 06002
                        (mailing address)

2. Defendant UNITED STATES POSTAL SER. is a citizen of _____
             (name of first defendant)                    (State)
whose address is 1735 LYN ST, ARLINGTON, VA 22209-2020

3. Defendant _____ is a citizen of _____
               (name of second defendant)                           (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Freedom of Information Act (FOIA) request to the Office of Inspector General for records related to a Hotline Complaint.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** AUBREY THOMAS MELVILLE HAVE written to several of the agencies who have failed to respond.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Office of the Inspector General
United States Postal Service.
U.S. Postal Inspection Service
National Archives and Records Administration

**Claim II:** _____

Supporting Facts:

## E. OTHER LAWSUITS

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?
\_\_\_\_Yes  ✓ No.  If your answer is "Yes," describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS.")

   a.  Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

   b.  Name and location of court and docket number _____

   c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed? Is it still pending?) _____

_____

   d.  Issues raised: _____

_____

e. Approximate date of filing lawsuit:_____

f. Approximate date of disposition: _____

2. If you have filed other lawsuits in this court in the last ten (10) years that are not related to the acts complained of in Part D, please list them. (If you need additional space, use a blank sheet which you should label "E. PREVIOUS LAWSUITS.")

## F. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

WHAT WAS AWARDED TO ME.

## G. JURY DEMAND

Do you wish to have a jury trial? Yes _____ No __X__

_____  _A. T. Melville_____
Original signature of attorney (if any)   Plaintiff's Original Signature

_____  _AUDREY THOMAS MELVILLE_____
Printed Name                              Printed Name

                                          _10 PASTURE LANE_____

                                          _BLOOMFIELD CT 06002_____

( ) _____          ( ) _860-216-6318_____
Attorney's full address and telephone     Plaintiff's full address and telephone

                                          _audreyjune10gmail.com_____
Email address if available                Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _HARTFORD_____ on _9/01/2015_____.
            (location)                (date)

                                          _A. T. Melville_____
                                          Plaintiff's Original Signature

(Rev.9/22/09)

6

1-703-248-2100

FOIA 1-703-248-2410



OFFICE OF THE INSPECTOR GENERAL

UNITED STATES POSTAL SERVICE

January 16, 2014

Ms. Audrey Thomas Melville
10 Pasture Lane
Bloomfield, CT  06002

RE: FOIA No. 2014-IGFP-00120

Dear Ms. Melville:

This responds to your January 14 Freedom of Information Act (FOIA) request to the Office of Inspector General for records related to your Hotline complaint.

A search of the OIG Office of Investigations database located a one-page document responsive to your request. I have determined this page is appropriate for release with excisions made pursuant to FOIA Exemption 7(C), 5 U.S.C. § 552(b)(7)(C), which permits the withholding of records or information compiled for law enforcement purposes, the release of which could constitute an unwarranted invasion of the personal privacy of third parties. The document titled "Close Allegation" summarizes the conclusion reached based on the facts of the event.

If you are not satisfied with my action, you may administratively appeal it by writing to the attention of Gladis Griffith, Deputy General Counsel, Office of Inspector General, 1735 North Lynn Street, Arlington, VA 22209-2020, within 30 days of the date of this letter. We accept written appeals via U.S. Mail; e-mail to FOIA@uspsoig.gov; or fax to 703-248-4626. Include the initial request number (e.g. 2014-IGFP-00120) and the date of this letter. Explain what specific action the FOIA Office took that you are appealing. Mark all correspondence "Freedom of Information Act Appeal."

Sincerely,

Brenda F. Wade
Program Analyst

Enclosure

1735 N LYNN STREET
(703) 248-2100  FAX:  (703) 248-4626
ARLINGTON, VA  22209-2020

Congress excluded certain records from the requirements of the FOIA. Our agency's response addresses those records that are subject to the requirements of the FOIA

Title: 131122HAL009    Agent (b)(7)(C)
Case Number: 14HHQ3566    Case Status: Closed

| Initiation | Subject | Staff | Allegations | Rel Cases | Investigative Steps | Support Requests | |
|---|---|---|---|---|---|---|---|
| Jt Agen | Area/Districts | Referrals | Photos | Documents | Case Notes | Chron Log | Evidence |
| Close | | | | | | | |

## Close Allegation

Date Opened   Date Submitted   Case Summary     Approver   Date Closed

This matter does not fall under the jurisdiction of the OIG-NEAFO. The complainant stated that they had been in contact with USPS Union and the USPIS, which are the appropriate venues.

(b)(7)(C)



# OFFICE *of* GOVERNMENT INFORMATION SERVICES

NATIONAL
ARCHIVES
and RECORDS
ADMINISTRATION

8601 ADELPHI ROAD
COLLEGE PARK, MD
20740-6001

web: www.ogis.archives.gov
e-mail: ogis@nara.gov
phone: 202-741-5770
toll-free: 1-877-684-6448
fax: 202-741-5769

January 16, 2015- Sent via U.S. mail

Ms. Audrey Thomas Melville
10 Pasture Lane
Bloomfield, CT  06002

Re: Case No. 201500306

Dear Ms. Melville:

Thank you for contacting the Office of Government Information Services (OGIS). Your request for assistance, which we received on January 13, 2015, via U.S. mail, will be assigned to an OGIS facilitator who will contact you directly.

For tracking purposes, we assigned your request for assistance the case number listed above. Please cite this case number in all communications to our office regarding this matter.

Sincerely,

The OGIS Staff
Office of Government Information Services

NATIONAL
ARCHIVES

National Archives at College Park
8601 Adelphi Road
College Park MD 20740-6001